UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO,<br><br>                    Plaintiff,<br><br>vs.<br><br>LINCOLN ELECTRIC COMPANY,<br>HOBART BROTHERS COMPANY,<br>ILLINOIS TOOL WORKS, THE ESAB<br>GROUP, INC. et al.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12740DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Halye A. Sugarman and Daniel J. Lyne hereby enter their appearance as counsel for Defendant National Electrical Manufacturers Association, in the above-referenced action.

Respectfully submitted,

*Halye A. Sugarman*
Halye A. Sugarman, BBO #646773
Daniel J. Lyne, BBO #309290

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I, Halye A. Sugarman, hereby certify that I have this day served a copy of the foregoing Notice Of Appearance by mailing a copy of same, postage prepaid to:

Wm. Shaw McDermott, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109-1808

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, Massachusetts 02109

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, Massachusetts 02109

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Katharine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, D.C. 20005

John J. Haggerty, Esq.
Ulmer & Berne, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114

Todd R. Eskelsen, Esq.
Sonnenschein, Nath & Rosenthal
1301 K. Street, NW
Suite 600, East Tower
Washington, D.C. 20005

David M. Ott, Esq.
Bryan Nelson Randolph
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

_____
Halye A. Sugarman

DATED: January 7, 2005

420972