UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 04-12740DPW |
| | ) |
| LINCOLN ELECTRIC COMPANY, | ) |
| HOBART BROTHERS COMPANY, | ) |
| ILLINOIS TOOL WORKS, THE ESAB | ) |
| GROUP, INC. et al. | ) |
| | ) |
| Defendants. | ) |

CONSENT TO REMOVAL OF THE DEFENDANT
NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION

NOW COMES Defendant, National Electrical Manufacturers Association ("NEMA"), and hereby consents to the removal of this action to the United States District Court for the District of Massachusetts from the Middlesex County Superior Court per the Notice of Removal filed by Defendants, The Lincoln Electric Co., Hobart Brothers, Co., The ESAB Group, Inc., Airgas-Gulf States, Inc., A.O. Smith Corporation, The BOC Group, Inc., f/k/a Airco, Inc., Eutectic Corporation, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corporation, Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, on December 30, 2004. NEMA's consent to removal is with reservation of any and all rights and defenses, including but not limited to lack of personal jurisdiction, insufficiency of service of process, and improper venue.

Respectfully submitted,

*/s/ Halye Sugarman/*

Halye A. Sugarman, BBO #646773
Daniel J. Lyne, BBO #309290

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400

Dated: January 6, 2005
420971

2

CERTIFICATE OF SERVICE

    I, Halye A. Sugarman, hereby certify that I have this day served a copy of the foregoing Consent to Removal by mailing a copy of same, postage prepaid to:

Wm. Shaw McDermott, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109-1808

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell,
Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, Massachusetts 02109

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, Massachusetts 02109

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Katharine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, D.C. 20005

John J. Haggerty, Esq.
Ulmer & Berne, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114

Todd R. Eskelsen, Esq.
Sonnenschein, Nath & Rosenthal
1301 K. Street, NW
Suite 600, East Tower
Washington, D.C. 20005

David M. Ott, Esq.
Bryan Nelson Randolph
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

_____
Halye A. Sugarman

DATED: January 7, 2005

3