UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12740-DPW |
| ) | |
| LINCOLN ELECTRIC COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant Caterpillar Inc. ("Caterpillar") hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the deadline by which it must answer, plead or otherwise respond to the Complaint filed by the Plaintiff, up to and including Wednesday, February 9, 2005. In support of its motion, Caterpillar states that counsel for Plaintiff has agreed to the extension.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| CATERPILLAR, INC. | TONINO ACETO |
| By its Attorneys, | By his Attorney, |
| /s/ Kurt B. Gerstner | /s/ Robert F. Bonsignore* |
| Richard P. Campbell, Esquire, BBO#071600 | Robert J. Bonsignore, Esquire, BBO#547880 |
| Kurt B. Gerstner, Esquire, BBO#190130 | Bonsignore & Brewer |
| Christopher Howe, Esquire, BBO#652445 | 23 Forest Street |
| Campbell Campbell Edwards & Conroy, P.C. | Medford, MA 02155 |
| One Constitution Plaza, 3rd Floor | (781) 391-9400 |
| Boston, MA 02129 | |
| (617) 241-3000 | |

* By Mr. Gerstner, per January 7 email authorization of Mr. Bonsignore.