UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TONINO ACETO, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN ELECTRIC COMPANY, )<br>et al., )<br>)<br>      Defendants. )<br>) | CIVIL ACTION NO. 04-12740-DPW |

NOTICE OF APPEARANCE

Please enter the appearance of Kurt B. Gerstner of the law firm of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar Inc. in the above-captioned matter.

    Respectfully submitted,

    CATERPILLAR INC.

    By its Attorney,

    CAMPBELL CAMPBELL EDWARDS &
    CONROY, P.C.

    /s/ Kurt B. Gerstner

    Kurt B. Gerstner, Esquire, BBO#190130
    One Constitution Plaza, 3rd Floor
    Boston, MA  02129
    (617) 241-3000

- 1 -