UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12740-DPW |
| ) | |
| LINCOLN ELECTRIC COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Christopher R. Howe of the law firm of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar Inc. in the above-captioned matter.

Respectfully submitted,

CATERPILLAR INC.

By its Attorney,

CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.

/s/ Christopher R. Howe

Christopher Howe, Esquire, BBO#652445
One Constitution Plaza, 3rd Floor
Boston, MA  02129
(617) 241-3000

- 1 -