UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TONINO ACETO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-12740-DPW |
| | ) | |
| LINCOLN ELECTRIC COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Richard P. Campbell of the law firm of Campbell

Campbell Edwards & Conroy, P.C. as counsel for Defendant Caterpillar Inc. in the above-

captioned matter.

Respectfully submitted,

CATERPILLAR INC.

By its Attorney,

CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.

/s/ Richard P. Campbell

Richard P. Campbell, Esquire, BBO#071600
One Constitution Plaza, 3rd Floor
Boston, MA  02129
(617) 241-3000