UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 04-12740-DPW |
| | ) |
| LINCOLN ELECTRIC COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CONSENT TO REMOVAL BY THE DEFENDANTS

NOW COMES the Defendant, Caterpillar Inc., and hereby consents to the removal of this action to the United States District Court for the District of Massachusetts from Middlesex Superior Court per the Notice of Removal filed by Defendants, The Lincoln Electric Co., Hobart Brothers, Co., The ESAB Group, Inc., Airgas-Gulf States, Inc., A.O. Smith Corporation, The BOC Group, Inc., f/k/a Airco, Inc., Eutectic Corporation, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corporation, Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, on December 30, 2004.  Defendant's consent to removal is with reservation of any and all rights and defenses, including, but not limited, to lack of personal jurisdiction, insufficiency of service of process, and improper venue.

-2-

        Respectfully submitted,

        CATERPILLAR INC.

        By its Attorneys,

        CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

        /s/ Kurt B. Gerstner

        _____
        Richard P. Campbell, Esquire, BBO#071600
        Kurt B. Gerstner, Esquire, BBO#190130
        Christopher Howe, Esquire, BBO#652445
        One Constitution Plaza, 3rd Floor
        Boston, MA 02129
        (617) 241-3000

Dated: January 7, 2005