UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO,<br>    Plaintiff,<br><br>v.<br><br>LINCOLN ELECTRIC COMPANY, et al.,<br>    Defendants. | Civil Action No. 04-12740 DPW |

## CONSENT TO REMOVAL OF THE DEFENDANTS

Defendants, ILLINOIS TOOL WORKS INC. and MILLER ELECTRIC MFG. CO., hereby consent to the removal of this action to the United States District Court for the District of Massachusetts from Middlesex Superior Court per the Notice of Removal filed by Defendants, The Lincoln Electric Co., Hobart Brothers, Co., The ESAB Group, Inc., Airgas-Gulf States, Inc., A.O. Smith Corporation, The BOC Group, Inc., f/k/a Airco, Inc., Eutectic Corporation, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corporation, Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, on December 30, 2004. Defendants' consent to removal is with reservation of any and all rights and defenses, including but not limited to lack of personal jurisdiction, insufficiency of service of process, and improper venue.

Respectfully submitted,

**ILLINOIS TOOL WORKS INC. and
MILLER ELECTRIC MFG. CO.**

By: _____
One of Their Attorneys

Alan W. Brothers, Esq.
Ronald Austin, Jr., Esq.
**BROTHERS AND THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: 312-372-2909
F: 312-704-6693

Dated: January 4, 2005

2