UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TONINO ACETO, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 04-12740DPW |
| LINCOLN ELECTRIC COMPANY, *ET AL.*, | § § § | |
| Defendants. | § § | |

## DEFENDANT GENERAL ELECTRIC COMPANY'S
## NOTICE OF CONSENT TO REMOVAL

Please take notice that Defendant General Electric Company (hereinafter "Defendant"), with full reservation of any and all defenses and objections, hereby consents to the removal of the above-captioned action from Middlesex Superior Court to the United States District Court for the District of Massachusetts effected by Defendants The Lincoln Electric Company; Hobart Brothers, Company; The ESAB Group, Inc.; Airgas-Gulf States, Inc.; A.O. Smith Corporation; The BOC Group, Inc., f/k/a Airco, Inc.; Eutectic Corporation; Praxair, Inc.; Sandvik, Inc.; TDY Industries, Inc.; Union Carbide Corporation; Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.; Viacom, Inc.; and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, on December 30, 2004.

This Notice is filed within thirty days of service of plaintiff's Class Action Complaint upon Defendant and is therefore timely pursuant to 28 U.S.C. § 1446.

Dated: January 5, 2005

Respectfully submitted,

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, DC 20005
(202) 898-5800 (phone)
(202) 682-1639 (facsimile)

By: *Erica H. Wilson/rw*
Erica H. Wilson
Mass. Bar No. 641831
75 Sam Fonzo Drive
Beverly, Massachusetts 01915
(978) 524-5496 (phone)
(978) 236-5496 (facsimile)

*Counsel for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2005, a true and correct copy of Defendant General Electric Company's Notice of Consent to Removal has been served upon all known counsel of record by first-class mail, postage prepaid, to:

Robert J. Bonsignore, Esq.
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9400
*Counsel for Plaintiff*

Wm. Shaw McDermott
Gregory Youman
Ashley Handwerk
KIRKPATRICK & LOCKHART, L.L.P.
75 State Street
Boston, MA 02109
(617) 261-3256
(617) 261-3100 (fax)
*Counsel for Defendants The Lincoln Electric Company; Hobart Brothers, Company; The ESAB Group, Inc.; Airgas-Gulf States, Inc.; A.O. Smith Corporation; The BOC Group, Inc., f/k/a Airco, Inc.; Eutectic Corporation; Praxair, Inc.; Sandvik, Inc.; TDY Industries, Inc.; Union Carbide Corporation; Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.; Viacom, Inc.; and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

Alan W. Brothers, Esq.
BROTHERS & THOMPSON, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
*Counsel for Defendants Illinois Tool Works, Inc., and Miller Electric Manufacturing Co.*

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
*Counsel for Defendant Select-Arc, Inc.*

Michael B. DeSanctis, Esq.
David A. Hanelzo, Esq.
JENNER & BLOCK
601 Thirteenth Street, NW, 12th Floor
Washington, DC 20005
*Counsel for Defendant the National Electric Manufacturers Association*

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
*Counsel for Defendant Deloro Stellite Co., Inc.*

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
*Counsel for Defendant Caterpillar, Inc.*

John J. Haggerty, Esq.
ULMER & BERNE, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114
*Counsel for J.W. Harris Co., Inc.*

David M. Ott, Esq.
BRYAN NELSON RANDOLPH
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
*Counsel for Defendant Industrial Welding Supplies of Hattiesburg, Inc.*

Todd R. Eskelsen, Esq.
SONNENSCHEIN, NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
*Counsel for Defendant Ferroalloys Association*

By: *[signature]*
Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, DC 20005
(202) 898-5800 (phone)
(202) 682-1639 (facsimile)

*Counsel for Defendant General Electric Company*