UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TONINO ACETO, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 04-12740DPW |
| LINCOLN ELECTRIC COMPANY, *ET AL.*, | § § § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT GENERAL ELECTRIC COMPANY'S

Pursuant to Local Rule 7.3, Defendant General Electric Company (hereinafter "Defendant"), with full reservation of any and all defenses and objections, hereby files its Corporate Disclosure Statement and states the following:

1. Defendant is a non-governmental, corporate party to this action.

2. Defendant has no parent corporation(s).

3. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Defendant's stock.

Dated: January 5, 2005

Respectfully submitted,

By: /s/ Erica H. Wilson
Erica H. Wilson
Mass. Bar No. 641831
75 Sam Fonzo Drive
Beverly, Massachusetts 01915
(978) 524-5496 (phone)
(978) 236-5496 (facsimile)

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, DC 20005
(202) 898-5800 (phone)
(202) 682-1639 (facsimile)

*Counsel for Defendant General Electric Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2005, a true and correct copy of Defendant General Electric Company's Corporate Disclosure Statement has been served upon all known counsel of record by first-class mail, postage prepaid, to:

Robert J. Bonsignore, Esq.
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9400
*Counsel for Plaintiff*

Wm. Shaw McDermott
Gregory Youman
Ashley Handwerk
KIRKPATRICK & LOCKHART, L.L.P.
75 State Street
Boston, MA 02109
(617) 261-3256
(617) 261-3100 (fax)
*Counsel for Defendants The Lincoln Electric Company; Hobart Brothers, Company; The ESAB Group, Inc.; Airgas-Gulf States, Inc.; A.O. Smith Corporation; The BOC Group, Inc., f/k/a Airco, Inc.; Eutectic Corporation; Praxair, Inc.; Sandvik, Inc.; TDY Industries, Inc.; Union Carbide Corporation; Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.; Viacom, Inc.; and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

Alan W. Brothers, Esq.
BROTHERS & THOMPSON, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
*Counsel for Defendants Illinois Tool Works, Inc., and Miller Electric Manufacturing Co.*

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
*Counsel for Defendant Select-Arc, Inc.*

Michael B. DeSanctis, Esq.
David A. Hanelzo, Esq.
JENNER & BLOCK
601 Thirteenth Street, NW, 12th Floor
Washington, DC 20005
*Counsel for Defendant the National Electric Manufacturers Association*

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
*Counsel for Defendant Deloro Stellite Co., Inc.*

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
*Counsel for Defendant Caterpillar, Inc.*

John J. Haggerty, Esq.
ULMER & BERNE, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114
*Counsel for J.W. Harris Co., Inc.*

David M. Ott, Esq.
BRYAN NELSON RANDOLPH
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
*Counsel for Defendant Industrial Welding Supplies of Hattiesburg, Inc.*

Todd R. Eskelsen, Esq.
SONNENSCHEIN, NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
*Counsel for Defendant Ferroalloys Association*

By: *[signature]*
Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, DC 20005
(202) 898-5800 (phone)
(202) 682-1639 (facsimile)

*Counsel for Defendant General Electric Company*