UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO,<br>　　Plaintiff,<br><br>v.<br><br>LINCOLN ELECTRIC COMPANY, et al.,<br>　　Defendants. | Civil Action No. _04-12740DPW |

## CONSENT TO REMOVAL OF THE DEFENDANTS

NOW COMES Defendant, Industrial Welding Supplies of Hattiesburg, Inc. d/b/a Nordan Smith, and hereby consents to the removal of this action to the United States District Court for the District of Massachusetts from Middlesex Superior Court per the Notice of Removal filed by Defendants, The Lincoln Electric Co., Hobart Brothers, Co., The ESAB Group, Inc., Airgas-Gulf States, Inc., A.O. Smith Corporation, The BOC Group, Inc., f/k/a Airco, Inc., Eutectic Corporation, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corporation, Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation, on December 30, 2004. Defendant's consent to removal is with reservation of any and all rights and defenses, including but not limited to lack of personal jurisdiction, insufficiency of service of process, and improper venue.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　INDUSTRIAL WELDING SUPPLIES OF
　　　　　　　　　　　　　　　　　　　　　HATTIESBURG, INC. D/B/A NORDAN SMITH

　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　David M. Ott, MSB# 3948

1

OF COUNSEL:

BRYAN NELSON P.A.
6524 U.S. Highway 98
Post Office Box 18109
Hattiesburg, MS 39404-8109
Phone:      601-261-4100
Facsimile:      601-261-4106

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing **Consent to Removal of the Defendants** to:

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
    *Attorneys for Plaintiff*

Wm. Shaw McDermott, Esq.
Gregory R. Youman, Esq.
Ashley Kline Handwerk, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston MA 02109
    *Attorneys for Airgas-Gulf States, Inc., A.O. Smith Corporation, The BOC Group, Inc., f/k/aa Airco, Inc., The ESAB Group, Inc., Eutectic Corporation, Hobart Brothers Company, The Lincoln Electric Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corporation, Union Carbide corporation f/k/a Union Carbide Chemicals and Plastics company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp.*

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
    *Attorneys for Illinois Tool Works, Inc. and Miller Electric Manufacturing, Co.*

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
    *Attorneys for Select-Arc, Inc.*

Michael B. DeSanctis, Esq.
David A. Handzo, Esq.
Jenner & Block
601 13th Street, NW, 12th Floor
Washington, DC 20005
    *Attorneys for National Electric Manufacturers Association*

Katherine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, DC 20005
    *Attorneys for General Electric Co.*

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
    *Attorneys for Deloro Stellite Co., Inc.*

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
    *Attorneys for Caterpillar, Inc.*

John J. Haggerty, Esq.
Ulmer & Berne, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114
    *Attorneys for J.W. Harris, Co., Inc.*

Todd R. Eskelsen, Esq.
Sonnenschein, Nath & Rosenthal
Suite 600, East Tower
Washington, DC 20005
    *Attorneys for Ferroalloys Association*

THIS, the _____ day of _____, 2005.

                                    OF COUNSEL