UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN ELECTRIC COMPANY, )<br>et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-12740-DPW |

## DEFENDANT CATERPILLAR'S LOCAL RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Caterpillar Inc. hereby certifies that no publicly-held company or other publicly-held entity owns 10% or more of its stock.

CATERPILLAR INC.

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

/s/ Christopher R. Howe

Richard P. Campbell, Esquire, BBO#071600
Kurt B. Gerstner, Esquire, BBO#190130
Christopher Howe, Esquire, BBO#652445
One Constitution Plaza, 3rd Floor
Boston, MA  02129
(617) 241-3000

Dated: January 14, 2005

## CERTIFICATE OF SERVICE

      I, Christopher R. Howe, counsel for the defendant, Caterpillar Inc., hereby certify that on January 13, 2005, I served a true copy of the above document by causing a copy to be mailed, by first class mail, postage prepaid, to:

Robert J. Bonsignore, Esquire
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9400

*Counsel for Plaintiff*

William Shaw McDermott, Esquire
Gregory Youman, Esquire
Ashley Handwerk, Esquire
KIRKPATRICK& LOCKITART, LLP
75 State Street
Boston, MA 02109
(617) 261-3256

*Counsel for Defendants: The Lincoln Electric Company; Hobart Brothers, Company; The ESAB Group, Inc.; Airgas-Gulf States, Inc.; A.O. Smith Corporation; The BOC Group, Inc., f/k/a Airco, Inc; Eutectic Corporation; Praxair, Inc; Sandvik, Inc.; TDY Industries, Inc.; Union Carbide Corporation; Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.; Viacom, Inc.; and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

Rebecca A. Womeldorf, Esquire
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, DC 20005
(202) 898-5800

Erica H. Wilson, Esquire
75 Sam Fonzo Drive
Beverly, MA 01915
(978) 524-5496

*Counsel for Defendant General Electric Company*

Alan W. Brothers, Esquire
BROTHERS & THOMPSON, PC
100 West Monroe Street, Suite 1700
Chicago, IL 60603

*Counsel for Defendants Illinois Tool Works, Inc., and Miller Electric Manufacturing Co.*

Brian P. Voke, Esquire
Anthony Sbarra, Esquire
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
One Constitution Center, Third Floor
Boston, MA 02129
(617) 241-3000

*Counsel for Defendant Select-Arc, Inc.*

Michael B. DeSanctis, Esquire
David A. Haneizo, Esquire
JENNER & BLOCK
601 Thirteenth Street, NW, 12th Floor
Washington, DC 20005
(202) 639-6000

*Counsel for Defendant the National Electric Manufacturers Association*

Daniel Bukovac, Esquire
Leonard J. Johnson, Esquire
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 691-3250

*Counsel for Defendant Deloro Stellite Co., Inc.*

John J. Haggerty, Esquire
ULMER & BERNE, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114
(216) 931-60000

*Counsel for J.W. Harris Co., Inc.*

David M. Ott, Esquire
BRYAN NELSON RANDOLPH
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
(601) 261-4100

*Counsel for Defendant Industrial Welding Supplies of Hattiesburg, Inc.*

Todd R. Eskelsen, Esquire
SONNENSCHEIN, NATH & ROSENTHAL
1301 KStreet,NW
Suite 600, East Tower
Washington, DC 20005
(202) 408-6400

*Counsel for Defendant Ferroalloys Association*

By: /s/ Christopher R. Howe

Christopher R. Howe, Esquire
CAMPBELL, CAMPBELL, EDWARDS &
CONROY, PC
One Constitution Center, Third Floor
Boston, MA 02129
(617) 241-3000