UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO,<br><br>           Plaintiff,<br><br>vs.<br><br>LINCOLN ELECTRIC COMPANY,<br>HOBART BROTHERS COMPANY,<br>ILLINOIS TOOL WORKS, THE ESAB<br>GROUP, INC. et al.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12740DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant National Manufacturers Association ("NEMA"), through its undersigned counsel, and makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.0 and Local Rule 7.3:

No corporation; holds 10% or more of the holdings of NEMA, nor is NEMA a parent, subsidiary or other affiliate of a publicly owned corporation.

2

Respectfully submitted,

NATIONAL ELECTRICAL
MANUFACTURING ASSOCIATION
By its Attorneys,

/s/ Halye A. Sugarman
Halye A. Sugarman, BBO #646773
Daniel J. Lyne, BBO #309290

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400

OF COUNSEL:

David A. Handzo
Michael B. DeSanctis
Amy L Tenney
Jenner & Block LLP
601 Thirteenth St., N.W.
Washington, D.C. 20005
(202) 639-6000

Dated:  January 14, 2005
421406

CERTIFICATE OF SERVICE

I, Halye A. Sugarman, hereby certify that I have this day served a copy of the foregoing Corporate Disclosure Statement, by mailing a copy of same, postage prepaid to the individuals on the attached service list.

/s/ Halye A. Sugarman
Halye A. Sugarman

Wm. Shaw McDermott, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109-1808

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, Massachusetts 02155

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, Massachusetts 02109

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, Massachusetts 02109

Katharine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, D.C. 20005

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603

John J. Haggerty, Esq.
Ulmer & Berne, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114

David M. Ott, Esq.
Bryan Nelson Randolph
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Todd R. Eskelsen, Esq.
Sonnenschein, Nath & Rosenthal
1301 K. Street, NW
Suite 600, East Tower
Washington, D.C. 20005

DATED: January 14, 2005