UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
TONINO ACETO,                    )
        Plaintiff,               ) CIVIL ACTION NO.
                                 ) 04-12740-DPW
                v.               )
                                 )
LINCOLN ELECTRIC COMPANY, ET AL.,)
        Defendant.               )
```

ORDER OF RECUSAL
January 18, 2005

Because I have a financial interest, within the meaning of 28 U.S.C. § 455(d)(4) in one of the named defendants, I am obligated by 28 U.S.C. § 455(b)(4) to disqualify myself in this proceeding. Accordingly, I hereby do so.


/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE