UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TONINO ACETO,<br>    Plaintiff,<br><br>v.<br><br>LINCOLN ELECTRIC COMPANY, et al.,<br>    Defendants. | Civil Action No. 04-12740 DPW |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendants Airgas-Gulf States, Inc., A.O. Smith Corporation, The BOC Group, Inc., f/k/a Airco, Inc., The ESAB Group, Inc., Eutectic Corporation, Hobart Brothers Company, The Lincoln Electric Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Corporation, Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp. hereby file their Corporate Disclosure Statement as follows:

1. Airgas-Gulf States, Inc.

   A. Airgas-Gulf States, Inc. is a non-governmental, corporate party to this action.
   B. Airgas, Inc. is the parent corporation of Airgas-Gulf States, Inc.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Airgas-Gulf States, Inc.'s stock.

2. A.O. Smith Corporation

   A. A.O. Smith Corporation is a non-governmental, corporate party to this action.
   B. A.O. Smith Corporation has no parent corporation(s).
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of A.O. Smith Corporation's stock.

3. The BOC Group, Inc. f/k/a Airco, Inc.

   A. The BOC Group, Inc. is a non-governmental, corporate party to this action.
   B. BOC, Inc., a Nevada corporation, which is wholly owned by BOC Holdings, an English corporation, which is wholly owned by The BOC Group plc is the parent corporation of The BOC Group, Inc.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of The BOC Group, Inc.'s stock.

4. The ESAB Group, Inc.

   A. The ESAB Group, Inc. is a non-governmental, corporate party to this action.
   B. Charter plc is the parent corporation of The ESAB Group, Inc.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of The ESAB Group, Inc.'s stock.

5. Eutectic Corporation

   A. Eutectic Corporation is a non-governmental, corporate party to this action.
   B. Castolin Eutectic International SA is the parent corporation of Eutectic Corporation.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Eutectic Corporation's stock.

6. Hobart Brothers Company

   A. Hobart Brothers Company is a non-governmental, corporate party to this action.
   B. Illinois Tools Works, Inc. is the parent corporation of Hobart Brothers Company.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Hobart Brothers Company's stock.

7. The Lincoln Electric Company

   A. The Lincoln Electric Company is a non-governmental, corporate party to this action.
   B. Lincoln Electric Holdings, Inc. is the parent corporation of The Lincoln Electric Company.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of The Lincoln Electric Company's stock.

8. Praxair, Inc.

   A. Praxair, Inc. is a non-governmental, corporate party to this action.
   B. Praxair, Inc. has no parent corporation(s).
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Praxair, Inc.'s stock.

9. Sandvik, Inc.

   A. Sandvik, Inc. is a non-governmental, corporate party to this action.
   B. Sandvik Finance B.V. is the parent corporation of Sandvik, Inc.
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Sandvik, Inc.'s stock.

10. TDY Industries, Inc.

    A. TDY Industries, Inc. is a non-governmental, corporate party to this action.
    B. TDY Industries, Inc. has no parent corporation(s).
    C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of TDY Industries, Inc.'s stock.

11. Union Carbide Corporation

    A. Union Carbide Corporation is a non-governmental, corporate party to this action.
    B. Dow Chemical Company is the parent corporation of Union Carbide Corporation.
    C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Union Carbide Corporation's stock.

12. Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.

    A. Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc. is a non-governmental, corporate party to this action.
    B. Dow Chemical Company is the parent corporation of Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.
    C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.'s stock.

13. Viacom, Inc.

    A. Viacom, Inc. is a non-governmental, corporate party to this action.
    B. Viacom, Inc. has no parent corporation(s).
    C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Viacom, Inc.'s stock.

14. Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp.

   A. Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp. is a non-governmental, corporate party to this action.
   B. Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp. has no parent corporation(s).
   C. No publicly-held corporation or company or other publicly-held entity owns 10 percent or more of Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp.'s stock.

Dated: January 19, 2005

Respectfully submitted,

By Its Attorneys,

*/s/ Wm. Shaw McDermott*

Wm. Shaw McDermott (BBO #330860)
Gregory R. Youman (BBO #648721)
Ashley Kline Handwerk (BBO# Pending)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

COUNSEL FOR DEFENDANTS
AIRGAS-GULF STATES, INC., A.O.
SMITH CORPORATION, THE BOC
GROUP, INC., F/K/A AIRCO, INC.,
THE ESAB GROUP, INC., EUTECTIC
CORPORATION, HOBART
BROTHERS COMPANY, THE
LINCOLN ELECTRIC COMPANY,
PRAXAIR, INC., SANDVIK, INC.,
TDY INDUSTRIES, INC., UNION
CARBIDE CORPORATION, UNION
CARBIDE CORPORATION F/K/A
UNION CARBIDE CHEMICALS AND
PLASTICS COMPANY, INC.,
VIACOM, INC. AND VIACOM, INC.
AS SUCCESSOR BY MERGER TO
CBS CORPORATION F/K/A
WESTINGHOUSE ELECTRIC CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2005, I served a true and accurate copy of the Defendants' Corporate Disclosure Statement by first-class mail, postage prepaid, upon the following:

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155
Attorney for Plaintiff

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
Attorney for Defendants Illinois Tool Works, Inc.
    and Miller Electric Manufacturing, Co.

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
Attorney for Defendant Select-Arc, Inc.

Michael B. DeSanctis, Esq.
David A. Handzo, Esq.
Jenner & Block
601 Thirteenth Street, NW
12th Floor
Washington, DC 20005
Attorney for Defendant the National Electric Manufacturers Association

Katharine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, DC 20005
Attorney for Defendant General Electric Co.

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Attorney for Defendant Deloro Stellite Co., Inc.

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
Attorney for Defendant Caterpillar, Inc.

John J. Haggerty, Esq.
Ulmer & Berne, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114
Attorney for J.W. Harris, Co., Inc.

David M. Ott, Esq.
Bryan Nelson Randolph
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
Attorney for Defendant Industrial Welding Supplies of Hattiesburg, Inc.

Bryan S. Ross
Trustee
1800 K Street, N.W.
Suite 624
Washington, DC 20006
Attorney for Defendant Ferroalloys Association

_____
Wm. Shaw McDermott