# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil / Criminal  No.  __04cv12740_____

Title: __Tonino Acecto v. Lincoln Electric Company, et al_____

## N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge __Woodlock_____ has been transferred to Judge __Lasker_____ for all

further proceedings.  From this date forward the case number on all pleadings should

be followed by the initials __MEL___.

Thank you for your cooperation in this matter.

                            TONY ANASTAS
                            CLERK OF COURT

                By:    __Richard A. Nici II_____
                            Deputy Clerk

Date: __1/20/05_____

_____    Please NOTE that the above case has been transferred to the Western Division in Springfield.  All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____    Please NOTE that the above case has been transferred to the Central Division in Worcester.  All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:    Counsel

(NOTICE OF TRANSFER.wpd - 12/98)                            [ntccsasgn.]