UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TONINO ACETO, | ) | Case No. 04-CV-12740-DPW |
| | ) | |
| Plaintiff, | ) | Judge Woodlock |
| | ) | |
| vs. | ) | Magistrate Judge Bowler |
| | ) | |
| LINCOLN ELECTRIC COMPANY, | ) | **NOTICE OF** |
| et al., | ) | **CONSENT TO REMOVAL** |
| | ) | **OF J.W. HARRIS CO.** |
| Defendants. | ) | |

Defendant J.W. Harris Co. hereby consents to the removal of this action to the United States District Court for the District of Massachusetts from Middlesex Superior Court per the Notice of Removal filed by Defendants The Lincoln Electric Co. et al. This notice is filed within 30 days of service of Plaintiff's Complaint upon J.W. Harris.

J.W. Harris' consent is given with a full reservation of all rights and defenses.

_____
Robin Harris
Chief Executive Officer
J.W. Harris Co.
4501 Quality Place
Mason, OH 45040-1971
Telephone: 513-754-2000
Fax: 513-754-8700

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were sent, via United States mail, postage prepaid, this __ day of January, 2005, to the following:

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL  60603

Attorney for Defendants Illinois Tool Works, Inc. and Miller Electric Manufacturing Co.

Wm. Shaw McDermott, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109-1808

Attorneys for Defendants Lincoln Electric Company

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA  02129

Attorney for Defendant Select-Arc, Inc.

Michael B. DeSanctis, Esq.
David A. Handzo, Esq.
Jenner & Block
601 Thirteenth Street, NW
12th Floor
Washington, DC  20005

Attorney for Defendant The National Electric Manufacturers Association

Katharine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, N.W.
Suite 900
Washington, DC  20005

Attorney for Defendant General Electric Co.


Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO  64106

Attorney for Defendant Deloro Stellite Co., Inc.


Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA  02129

Attorney for Defendant Caterpillar, Inc.


David M. Ott, Esq.
Bryan Nelson Randolph
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS  39404-8109

Attorney for Defendant Industrial Welding Supplies
   of Hattiesburg, Inc.

Todd R. Eskelsen, Esq.
Sonnenschein, Nath & Rosenthal
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005

Attorney for Defendant Ferroalloys Association


William Shaw McDermott
Gregory R. Youman
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109

Attorneys for Defendants Airgas-Gulf States, Inc., A.O. Smith Corp., The BOC Group, The ESAB Group, Eutectic Corp., Hobart Brothers Co., The Lincoln Electric Co., Praxair, Inc., Sandvik, Inc., TDY Industries, Union Carbide Corp. and Viacom

_____
Robin Harris