UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TONINO ACETO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 04-12740-MEL |
| | ) |
| LINCOLN ELECTRIC COMPANY, HOBART BROTHERS COMPANY, ILLINOIS TOOL WORKS, THE ESAB GROUP, INC. et al. | ) |
| | ) |
| Defendants. | ) |

## ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant National Electrical Manufacturing Association ("NEMA") hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the deadline by which it must answer, plead or otherwise respond to the Complaint filed by the Plaintiff, until finalization of the transfer of this case to the United States District Court for the Northern District of Ohio ("the MDL Court") for consolidated proceedings in MDL-135, *In re Welding Rod Products Liability* litigation, and upon such transfer NEMA's deadline to respond to plaintiff's complaint shall be governed by the case management order issued by the MDL Court. In support of its motion, NEMA states that counsel has agreed to the extension.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| TONINO ACETO<br>By his Attorney, | NATIONAL ELECTRICAL<br>MANUFACTURING ASSOCIATION<br>By its Attorneys, |
| /s/ Robert J. Bonsignore<br>_____<br>Robert J. Bonsignore, BBO #547880 | /s/ Halye Sugarman<br>_____<br>Halye A. Sugarman, BBO #646773<br>Daniel J. Lyne, BBO #309290 |
| BONSIGNORE & BREWER<br>23 Forest Street<br>Medford, MA  02155<br>(781)-391-9400 | HANIFY & KING<br>Professional Corporation<br>One Beacon Street<br>Boston, MA  02108<br>(617) 423-0400 |
| | OF COUNSEL: |
| | David A. Handzo, Esq.<br>Michael B. DeSanctis, Esq.<br>Amy L. Tenney, Esq.<br>Jenner & Block LLP<br>601 Thirteenth St., N.W.<br>Washington, D.C. 20005<br>(202) 639-6000 |

Dated:  February 1, 2005
421342

<u>CERTIFICATE OF SERVICE</u>

I, Halye A. Sugarman, hereby certify that I have this day 1st day February 2005 of served a copy of the foregoing Assented-to Motion to Extend time to Answer Complaint by mailing a copy of same, postage prepaid to the individuals on the attached service list.

/s/ Halye Sugarman
_____
Halye A. Sugarman

Wm. Shaw McDermott, Esq.
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109-1808

Robert J. Bonsignore, Esq.
Bonsignore & Brewer
23 Forest Street
Medford, MA  02155

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Center, Third Floor
Boston, MA  02109

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy, P.C
One Constitution Center, Third Floor
Boston, MA  02109

Katharine Latimer, Esq.
Bonnie J. Semilof, Esq.
Rebecca A. Womeldorf, Esq.
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, D.C.  20005

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO  64106

Alan W. Brothers, Esq.
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL  60603

John J. Haggerty, Esq.
Ulmer & Berne, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH  44114

David M. Ott, Esq.
Bryan Nelson Randolph
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS  39404-8109

Todd R. Eskelsen, Esq.
Sonnenschein, Nath & Rosenthal
1301 K. Street, NW
Suite 600, East Tower
Washington, D.C.  20005