UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 28 P 1: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * *
                              *
TONINO ACETO,                 *
    Plaintiff,                *
                              *
vs.                           *   CIVIL ACTION
                              *   No. 1:04-CV-12740-MEL
LINCOLN ELECTRIC COMPANY,     *
ET AL,                        *
    Defendants.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendants, Illinois Tool Works Inc. and Miller Electric Manufacturing Co., Inc., in the above-captioned matter.

_____
Robert T. Treat
BBO #548530
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Date: 1/27/2005

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.