UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
TONINO ACETO,                 *
    Plaintiff,                *
                              *
vs.                           *   CIVIL ACTION
                              *   No. 1:04-CV-12740-MEL
LINCOLN ELECTRIC COMPANY,     *
ET AL,                        *
    Defendants.               *
                              *
* * * * * * * * * * * * * * *
```

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, MILLER ELECTRIC MANUFACTURING CO.**

Pursuant to the Local Rule 7.3, Defendant Miller Electric Manufacturing Co., with full reservation of any and all defenses and objections, hereby files its Corporate Disclosure Statement and states the following:

1. Miller Electric Manufacturing Co. is a non-governmental corporate party to this action.

2. Miller Electric Manufacturing Co. is a wholly owned subsidiary of Illinois Tool Works, Inc.

By its attorney,

*/s/ Robert T. Treat*
Robert T. Treat
BBO #548530
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

Dated: 1/27/2005

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.