UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -2  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TONINO ACETO )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN ELECTRIC CO., HOBART, )<br>BROTHERS, CO., ILLINOIS TOOL )<br>WORKS, THE ESAB GROUP, INC. et al. )<br>)<br>Defendants. )<br>_____) | CASE NO. 04-12740DPW |

## SELECT-ARC INC.'S ANSWER TO THE COMPLAINT AND JURY DEMAND

1. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph one of the complaint.

2. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph two of the complaint.

3. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph three of the complaint.

4. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph four of the complaint.

5. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph five of the complaint.

6. Select Arc admits it is incorporated under the laws of Ohio and that Paul Zimmer is its agent for service of process. The remaining allegations of paragraph six of the Complaint are denied.

7. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph seven of the complaint.

8. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph eight of the complaint.

9. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph nine of the complaint.

10. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph ten of the complaint.

11. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph eleven of the complaint.

12. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twelve of the complaint.

13. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph thirteen of the complaint.

14. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fourteen of the complaint.

15. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifteen of the complaint.

16. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixteen of the complaint.

17. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph seventeen of the complaint.

18. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph eighteen of the complaint.

19. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph nineteen of the complaint.

20. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty of the complaint.

21. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-one of the complaint.

22. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-two of the complaint.

23. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-three of the complaint.

24. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-four of the complaint.

25. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-five of the complaint.

26. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-six of the complaint.

27. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-seven of the complaint. Select Arc denies

that it caused any direct or consequential affects, injury or damages to Tony Aceto or any one else.

28. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-eight of the complaint.

29. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph twenty-nine of the complaint.

30. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph thirty of the complaint.

31. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph thirty-one of the complaint.

32. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph thirty-two of the complaint.

33. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph thirty-three of the complaint.

34. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph thirty-four of the complaint.

35. Denied.

36. Denied.

37. The allegations of paragraph 37 of the complaint are denied except Select Arc admits that manganism and manganese poisoning are different than Parkinson's disease.

38. Denied.

39. Denied.

40. Denied.

41. Given the ambiguous nature of this allegation of the Complaint, Select Arc is without sufficient knowledge or information to form a belief as to the truth of the allegations of paragraph forty-one of the Complaint.

42. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph forty-two of the complaint.

43. Denied.

44. Denied.

45. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph forty-five of the complaint.

46. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph forty-six of the complaint.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-three of the complaint.

54. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-four of the complaint.

55. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-five of the complaint.

56. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-six of the complaint.

57. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-seven of the complaint.

58. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-eight of the complaint.

59. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph fifty-nine of the complaint.

60. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty of the complaint.

61. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-one of the complaint.

62. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-two of the complaint.

63. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-three of the complaint.

64. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-four of the complaint.

65. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-five of the complaint.

66. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-six of the complaint.

67. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-seven of the complaint.

68. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-eight of the complaint.

69. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph sixty-nine of the complaint.

70. Denied.

71. Denied.

72. Denied.

73. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph seventy-three of the complaint.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Select Arc repeats its responses to paragraphs one through ninety-five of the Complaint as if set forth at length herein.

97. Denied.

98. The allegations in paragraph ninety-eight of the Complaint are allegations of law to which no response is required. Select Arc denies the remaining allegations of paragraph ninety-eight of the complaint.

99. The allegations in paragraph ninety-nine of the Complaint are allegations of law to which no response is required. Select Arc denies the remaining allegations of paragraph ninety-eight of the complaint.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. The allegations in paragraph one hundred and six of the complaint is a request for relief and does not set forth any allegations thus no response is required.

## COUNT II

107. Select Arc repeats its responses to paragraphs one through one hundred and six as if set forth at length herein.

108. Denied.

109. Denied.

110. The allegations of paragraph one hundred and ten of the complaint are allegations of law to which no response is required. To the extent a response is required to paragraph one hundred and ten of the complaint those allegations are denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Paragraph one hundred and seventeen of the complaint is a request for relief and does not include any allegations with respect to Select Arc. Consequently, no response is required.

## COUNT III

118.  Select Arc repeats its responses to paragraphs one through one hundred and seventeen of the complaint as if set forth at length herein.

119.  Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph one hundred and nineteen of the complaint.

120.  Denied.

121.  Denied.

122.  Denied.

123.  Denied.

124.  Denied.

125.  Denied.

126.  Paragraph one hundred and twenty six of the Complaint is a request for relief and does not set forth allegations against Select Arc and consequently, no response is required.

127.  Denied.

128.  Denied.

129.  Denied.

130.  Denied.

131.  Denied.

132.  Denied.

133.  Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph one hundred and thirty three of the complaint.

## COUNT IV

134. Select Arc repeats its responses to paragraphs one through one hundred and thirty three of the Complaint as if set forth at length herein.

135. Select Arc is without sufficient knowledge or information to form a belief as to the first sentence of paragraph one hundred and thirty five of the Complaint. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of the second sentence of paragraph one hundred and thirty five of the complaint. The third sentence of paragraph one hundred and thirty five is denied. The allegations of the fourth sentence of paragraph one hundred and thirty five of the Complaint are allegations of law to which no response is required. To the extent a response is required those allegations are denied.

136. Denied.

## COUNT V

137. Select Arc repeats its responses to paragraphs one through one hundred and thirty six of the Complaint as if set forth at length herein.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

11

142. Denied.

143. Denied.

## COUNT VI

144. Select Arc repeats its responses to paragraphs one through one hundred and forty three of the Complaint as if set forth at length herein.

145. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph one hundred and forty five of the complaint.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

## COUNT VII

153. Select Arc repeats its responses to paragraphs one through one hundred and fifty two of the Complaint as if set forth at length herein.

154. Denied.

155. Denied.

156. Denied.

157. Select Arc is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph one hundred and fifty seven of the complaint.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

## COUNT VIII

163. Select Arc repeats its responses to paragraphs one through one hundred and sixty two of the Complaint as if set forth at length herein.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

## COUNT IX

168. Select Arc repeats its responses to paragraphs one through one hundred and sixty seven of the Complaint as if set forth at length herein.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. Denied.

175. Denied.

176. Denied.

177. Denied.

178. Denied.

179. Denied.

180. Denied.

**WHEREFORE,** Select Arc demands judgment in its favor along with an award of costs and expenses as this action violates General Law Chapter 231 §6F.

### FIRST SEPARATE DEFENSE

The plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

### SECOND SEPARATE DEFENSE

The plaintiff's claim for breach of warranty is barred by plaintiff's failure to provide timely notice of the alleged breach of warranty and Select Arc has been prejudiced thereby.

### THIRD SEPARATE DEFENSE

The plaintiff's injuries and damages, if any, were caused by third persons over which Select Arc exercised neither control nor responsibility.

### FOURTH SEPARATE DEFENSE

The plaintiff's claims are barred by the plaintiff's actions in voluntarily and unreasonably preceding to encounter a known danger.

### FIFTH SEPARATE DEFENSE

The plaintiff's claims are barred, as the plaintiff alone and/or in concert with others was the sole proximate cause of his own injuries.

## SIXTH SEPARATE DEFENSE

The plaintiff's damages, if any, must be reduced by plaintiff's failure to mitigate his damages.

## SEVENTH SEPARATE DEFENSE

The plaintiff is barred from recovery in whole, or in part, because his alleged injuries and damages resulted from his own negligence or wrongdoing.

## EIGHTH SEPARATE DEFENSE

The plaintiff's claims are barred as the plaintiff misused the product.

## NINTH SEPARATE DEFENSE

Manganese is a necessary component of steel, giving it strength. Manganese must be included in welding electrodes to properly join steel and to give the weld deposit the strength needed. Manganese cannot be eliminated from steel or welding electrodes without substantially compromising the products' usefulness. A welding electrode containing manganese is not defective as a matter of law.

## TENTH SEPARATE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

### ELEVENTH SEPARATE DEFENSE

To the extent that the plaintiff was exposed to defendant's products which were provided pursuant to a contract with the United States Government or otherwise provided under a contract whereby such products were to meet government or military specifications, the use by plaintiff of such products, if any, was in accordance with the requirements of the designs, plans and specifications of the United States Military or other governmental entities or agencies, or others, and in strict compliance therewith and with all required federal regulations and standards. Pursuant to the government contractor defense and the Defense Production Act, the defendant cannot be held liable to the plaintiff for complying with the designs, plan specifications, and requirements of the United States Military or others under national defense procurement contracts and/or other governmental contracts for supplying materials for such contracts in accordance with their terms.

### TWELTH SEPARATE DEFENSE

The Plaintiff has failed to comply with the notice requirements of G.L. c. 93A §9 and is therefore barred from recovery.

### THIRTEENTH SEPARATE DEFENSE

The Plaintiff's claims are barred as the defendant's products conformed to the state of the art.

### FOURTEENTH SEPARATE DEFENSE

Plaintiff's allegations of fraud must be dismissed for failure to describe the factual basis for the alleged fraud.

## FIFTEENTH SEPARATE DEFENSE

The Court lacks personal jurisdiction over Select Arc, Inc.

## SIXTEENTH SEPARATE DEFENSE

Venue is improper in Massachusetts.

## SEVENTEENTH SEPARATE DEFENSE

The plaintiff's injuries and damages if any were caused by the superseding intervening act(s) of one or more third persons.

## JURY DEMAND

Select Arc demands a jury trial on all issues raised herein.

SELECT-ARC INC.

By Its Attorneys,

*/s/ Brian P. Voke*
Brian P. Voke BBO#544327
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Brian P. Voke, hereby certify that a true copy of the above document was served upon the counsel of record by mail on February 1, 2005:

_____
Brian P. Voke