UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12740-MEL |
| ) | |
| LINCOLN ELECTRIC COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant Caterpillar Inc. ("Caterpillar") hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the deadline by which it must answer, plead or otherwise respond to the Complaint filed by the Plaintiff, until finalization of the transfer of this case to the United States District Court for the Northern District of Ohio (the "MDL Court") for consolidated proceedings in MDL-135, captioned *In re Welding Rod Products Liability* litigation, and that upon such transfer Caterpillar's deadline to respond to Plaintiff's Complaint shall be governed by the case management order issued by the MDL Court. In support of its motion, Caterpillar states that Plaintiff's counsel has agreed to the extension.

- 2 -

ASSENTED-TO:

| TONINO ACETO | CATERPILLAR, INC. |
|---|---|
| By his Attorney, | By its Attorneys, |
| /s/ Robert F. Bonsignore* | /s/ Christopher R. Howe |
| Robert J. Bonsignore, Esq., BBO #547880<br>Bonsignore & Brewer<br>23 Forest Street<br>Medford, MA 02155<br>(781) 391-9400 | Richard P. Campbell, Esq., BBO #071600<br>Kurt B. Gerstner, Esq., BBO #190130<br>Christopher Howe, Esq., BBO #652445<br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Plaza, 3rd Floor<br>Boston, MA 02129<br>(617) 241-3000 |
| | OF COUNSEL: |
| | Linda B. Popejoy, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2724 |

* By Mr. Howe, per February 7 telephone authorization of Mr. Bonsignore.

## **CERTIFICATE OF SERVICE**

      I, Christopher R. Howe, counsel for defendant Caterpillar Inc., hereby certify that on February 7, 2005, I electronically filed the foregoing Assented-to Motion to Extend Time to Answer Complaint and this Certificate of Service with the Clerk of the Court using the CM/ECF system.  I hereby further certify that on February 7, 2005, I served a copy of the foregoing document by mailing a copy of same, postage prepaid, to following non-ECF participants:

Katharine Latimer, Esquire
Bonnie J. Semilof, Esquire
Rebecca A. Womeldorf, Esquire
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, DC 20005

David M. Ott, Esquire
Bryan Nelson Randolph, Esquire
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Daniel Bukovac, Esquire
Leonard J. Johnson, Esquire
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

John J. Haggerty, Esquire
Ulmer & Beme, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114

Michael B. DeSanctis, Esquire
David A. Handzo, Esquire
Jenner & Block
601 13th Street, NW, 12th Floor
Washington, DC 20005

Alan W. Brothers, Esquire
Brothers & Thompson, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603

Brian P. Voke, Esquire
Anthony Sbarra, Esquire
Campbell, Campbell, Edwards & Conroy, P.C
One Constitution Center, Third Floor
Boston, MA 02109

Todd R. Eskelsen, Esquire
Sonnensehein, Nath & Rosenthal
1301 K. Street, NW
Suite 600, East Tower
Washington, DC 20005

Erica D. Horowitz, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210

/s/ Christopher R. Howe
_____
Christopher Howe, Esq., BBO #652445
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA  02129
(617) 241-3000