UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
TONINO ACETO,                 *
    Plaintiff,                *
                              *
                              *
vs.                           *    CIVIL ACTION
                              *    No. 1:04-CV-12740-MEL
LINCOLN ELECTRIC COMPANY,     *
ET AL,                        *
    Defendants.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, ILLINOIS TOOL WORKS INC.

Pursuant to the Local Rule 7.3, Defendant Illinois Tool Works Inc. ("ITW"), with full reservation of any and all defenses and objections, hereby files its Corporate Disclosure Statement and states the following:

1. ITW is a non-governmental corporate party to this action.

2. ITW has no parent corporation(s).

3. No publicly-held corporation or entity owns more than 10% of ITW's stock.

By its attorney,

_____
Robert T. Treat
BBO #548530
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

Dated: 2/14/05

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.