IN CLERKS OFFICE

2005 FEB 16  A 11: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TONINO ACETO, | § | |
| Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. 04-12740DPW |
| LINCOLN ELECTRIC COMPANY, *ET AL.*, | § § | |
| Defendants. | § | |

FILING FEE PAID
RECEIPT # _____
AMOUNT $ 50.00
BY DPTY CLK _____

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant General Electric Company ("General Electric"), by and through its counsel of record, files this Motion for Admission *Pro Hac Vice* pursuant to Local Rule 83.5.3 and respectfully requests that Rebecca A. Womeldorf, of the law firm of SPRIGGS & HOLLINGSWORTH, 1350 I Street, N.W., Suite 900, Washington, D.C. 20005, be permitted to appear *pro hac vice* in this proceeding as counsel for General Electric. In support of this motion, and pursuant to Local Rule 83.5.3, General Electric also submits the accompanying affidavit of Ms. Womeldorf (Att. A).

WHEREFORE, General Electric respectfully requests that Ms. Womeldorf be permitted to appear in this case on behalf of Defendant General Electric Company.

Dated: February 15, 2005                    Respectfully submitted,

By: _____
Erica H. Wilson
Mass. Bar No. 641831
75 Sam Fonzo Drive
Beverly, Massachusetts 01915
(978) 524-5496 (phone)
(978) 236-5496 (facsimile)

*Counsel for Defendant General Electric Company*

# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO, § § § Plaintiff, § § vs. § § LINCOLN ELECTRIC COMPANY, *ET AL.*, § § Defendants. § | CIVIL ACTION NO. 04-12740DPW |

### AFFIDAVIT OF REBECCA A. WOMELDORF IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Rebecca A. Womeldorf, in support of the foregoing Motion for Admission *Pro Hac Vice*, and pursuant to Local Rule 83.5.3, hereby certify the following:

(1) I am a partner in the law firm of SPRIGGS & HOLLINGSWORTH, 1350 I Street, NW, Ninth Floor, Washington, D.C. 20005; (202) 898-5800 (phone); (202) 682-1639 (facsimile).

(2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

(3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4) I am familiar with the Local Rules of the District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 15th day of February, 2005.

_____
Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, DC 20005
(202) 898-5800 (phone)
(202) 682-1639 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2005, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* has been served upon all known counsel of record by first-class mail, postage prepaid, to:

Robert J. Bonsignore, Esq.
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
(781) 391-9400
*Counsel for Plaintiff*

Wm. Shaw McDermott
Gregory Youman
Ashley Handwerk
KIRKPATRICK & LOCKHART, L.L.P.
75 State Street
Boston, MA 02109
(617) 261-3256
(617) 261-3100 (fax)
*Counsel for Defendants The Lincoln Electric Company; Hobart Brothers, Company; The ESAB Group, Inc.; Airgas-Gulf States, Inc.; A.O. Smith Corporation; The BOC Group, Inc., f/k/a Airco, Inc.; Eutectic Corporation; Praxair, Inc.; Sandvik, Inc.; TDY Industries, Inc.; Union Carbide Corporation; Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc.; Viacom, Inc.; and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

Alan W. Brothers, Esq.
BROTHERS & THOMPSON, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
*Counsel for Defendants Illinois Tool Works, Inc., and Miller Electric Manufacturing Co.*

Brian P. Voke, Esq.
Anthony Sbarra, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
*Counsel for Defendant Select-Arc, Inc.*

Michael B. DeSanctis, Esq.
David A. Hanelzo, Esq.
JENNER & BLOCK
601 Thirteenth Street, NW, 12th Floor
Washington, DC 20005
*Counsel for Defendant the National Electric Manufacturers Association*

Daniel Bukovac, Esq.
Leonard J. Johnson, Esq.
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
*Counsel for Defendant Deloro Stellite Co., Inc.*

Richard P. Campbell, Esq.
Kurt B. Gerstner, Esq.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
One Constitution Center, Third Floor
Boston, MA 02129
*Counsel for Defendant Caterpillar, Inc.*

John J. Haggerty, Esq.
ULMER & BERNE, LLP
1300 East Ninth Street, Suite 900
Cleveland, OH 44114
*Counsel for J.W. Harris Co., Inc.*

David M. Ott, Esq.
BRYAN NELSON RANDOLPH
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
*Counsel for Defendant Industrial Welding Supplies of Hattiesburg, Inc.*

Todd R. Eskelsen, Esq.
SONNENSCHEIN, NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
*Counsel for Defendant Ferroalloys Association*

By: _____
Rebecca A. Womeldorf