12/28/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TONINO ACETO )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINCOLN ELECTRIC CO., HOBART, )<br>BROTHERS, CO., ILLINOIS TOOL )<br>WORKS, THE ESAB GROUP, INC. et al. )<br>)<br>Defendants. )<br>) | CASE NO. 1:04-CV-12740-MEL |

## SELECT-ARC INC.'S ASSENT TO REMOVAL

Select-Arc Inc. assents to the removal of this matter from Middlesex Superior Court to the United States District Court of Massachusetts.

SELECT-ARC INC.

By Its Attorneys,

*/s/ Brian P. Voke*
Brian P. Voke BBO#544327
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Dated: December 28, 2004

## CERTIFICATE OF SERVICE

I, Brian P. Voke, hereby certify that a true copy of the above document was served upon the counsel of record by mail on December 28, 2004:

*/s/ Brian P. Voke*
Brian P. Voke