United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

March 15, 2005

District of Massachusetts
Office of the Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: **MDL 1535 Welding Rod Products Liability Litigation**

<u>Transfer of Civil Cases</u>　　　　　　　　<u>MA#</u>
**Aceto v Lincoln Electric Co., et al**　　　**1:04-12740**

Dear Sir/Madam:

　　　Enclosed is a certified copy (or copies) of Conditional Transfer Order (CTO-22) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable Kathleen McDonald O'Malley is to preside over this litigation.

　　　<u>**If case(s) has been entered into CM/ECF please e-mail me after the case(s) has been closed. I will retrieve documents electronically. If case(s) is not available on the internet, please provide only a certified copy of the docket entries and a certified copy of the complaint with any amendments to the complaint. Panel Rule 19(a) has been suspended in this litigation.**</u> (See Pretrial Order enclosed)

　　　Northern District of Ohio case numbers will be assigned upon receipt of records.

　　　Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____*Renee Schumitsh*_____
Renee Schumitsh
MDL Coordinator
Renee_Schumitsh@ohnd.uscourts.gov
(216) 357-7017

**A CERTIFIED TRUE COPY**

MAR 10 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 22 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1535**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-22)**

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 186 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, 269 F.Supp.2d 1365 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 10 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By:
Deputy Clerk

# SCHEDULE CTO-22 - TAG ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING ROD PRODUCTS LIABILITY LITIGATION

**DISTRICT  DIV. C.A.#**

CALIFORNIA CENTRAL
  CAC   8   05-42          Gene Troke v. Lincoln Electric Co., et al.

CALIFORNIA NORTHERN
  CAN   4   04-5208        Robert Silva v. Lincoln Electric Co., et al.

LOUISIANA EASTERN
  LAE   2   04-3382        John N. Duchene v. A.O. Smith Corp., et al.
  LAE   2   05-181         Compton M. McCario, Jr., et al. v. Airco, Inc., et al.
  LAE   2   05-196         Adam N. Blanchard, Sr., et al. v. A.O. Smith Corp., et al.

MASSACHUSETTS
  MA    1   04-12740       Tonino Aceto v. Lincoln Electric Co., et al.

MINNESOTA
  MN    0   05-64          Harvey L. Knight v. A.O. Smith Corp., et al.

MISSISSIPPI SOUTHERN
  MSS   1   05-9           James Michael Albritton v. Lincoln Electric Co., et al.
  MSS   1   05-10          Aubrey Thomas Bailey v. Lincoln Electric Co., et al.
  MSS   1   05-11          George B. Broussard, Sr. v. Lincoln Electric Co., et al.
  MSS   1   05-12          Earnest Chaney v. Lincoln Electric Co., et al.
  MSS   1   05-13          Jimmie L. Christy v. Lincoln Electric Co., et al.
  MSS   1   05-14          Dale P. Eiland v. Lincoln Electric Co., et al.
  MSS   1   05-15          Roy G. Hathorn v. Lincoln Electric Co., et al.
  MSS   1   05-16          Jack V. Pickich, Jr. v. Lincoln Electric Co., et al.
  MSS   1   05-17          Luther Rouse v. Lincoln Electric Co., et al.
  MSS   1   05-18          Norris K. Rouse v. Lincoln Electric Co., et al.
  MSS   1   05-19          Alden Stallworth, Sr. v. Lincoln Electric Co., et al.
  MSS   3   05-6           John Dixon, et al. v. Airgas-Gulf States, Inc., et al.
  MSS   5   05-5           Bubber Barnes, Jr., et al. v. Airgas-Gulf States, Inc., et al.
  MSS   5   05-6           Alfred Frye, Sr., et al. v. Airgas-Gulf States, Inc., et al.
  MSS   5   05-8           Percy L. Jackson, Jr., et al. v. Airgas-Gulf States, Inc., et al.

PENNSYLVANIA EASTERN
  ~~PAE   2   05-302~~          ~~Thomas Meehan v. Lincoln Electric Holding, Inc., et al.~~  Opposed 3/3/05

N:\Wptext\WPDOCS\17000ord

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No. 1:03-CV-17000 |
|  | : |  |
|  | : | (MDL Docket No. 1535) |
| IN RE: WELDING ROD PRODUCTS | : |  |
| LIABILITY LITIGATION | : | JUDGE O'MALLEY |
|  | : |  |
|  | : | **PRETRIAL ORDER** |
|  | : |  |

For the purposes of MDL 1535 and until further notice of the transferee court, this Order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court. If, upon review, further pleadings are needed from any of the transferor courts, specific individualized requests for those documents will be made at that time.

**IT IS SO ORDERED.**

s/ Kathleen M. O'Malley
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE